IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIJENDRA SINGH,

    Petitioner,

v.

ERIC HOLDER, JR., et al.,

    Respondents.
                                 /

No. C 09-03012 JSW

**ORDER ON REMAND**

On February 25, 2010, this Court denied a petition for writ of habeas corpus filed by Vijendra Singh. On March 31, 2011, the Ninth Circuit affirmed in part, vacated in part, and remanded this matter, and it directed the Court to grant the writ and order Singh's release unless within 45 days of this Court's Order, respondents provide Singh a new *Casas* hearing applying the standards set forth in the Ninth Circuit's opinion. *See Singh v. Holder*, 638 F.3d 1196, 1212 (9th Cir. 2011). On January 5, 2012, the Court received the Ninth Circuit's mandate.

Accordingly, pursuant to the Ninth Circuit's directions, the Court HEREBY GRANTS Singh's petition and HEREBY ORDERS respondents to release Singh, unless within 45 days of this Order, they provide Singh a new *Casas* hearing applying the standards set forth in the Ninth Circuit's opinion.

Respondents shall file a notice with this Court advising the Court whether they have released Singh or whether they intend to provide him a new *Casas* hearing. That notice shall be

1  due no later than 50 days from the date of this Order.

2  **IT IS SO ORDERED.**

3

4  Dated: January 5, 2012

                                                   JEFFREY S. WHITE
   UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California