IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

VIJENDRA SINGH,

    Petitioner,

  v.

ERIC HOLDER, JR., et al.,

    Respondents.
_____/

No. C 09-03012 JSW

**FINAL ORDER FOLLOWING REMAND**

    The Court has received and considered the parties' response to this Court's Order to Show Cause. The Court HEREBY AMENDS its January 5, 2012 Order as follows:

    The Court HEREBY GRANTS Singh's petition, in light of the Ninth Circuit's ruling. A separate judgment shall be issued.

    **IT IS SO ORDERED.**

Dated: February 29, 2012

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE