1
2
3
4
5
6           IN THE UNITED STATES DISTRICT COURT

7           FOR THE NORTHERN DISTRICT OF CALIFORNIA
8
9    VIJENDRA SINGH,

10              Petitioner,                        No. C 09-03012 JSW

11        v.                                       **FINAL ORDER FOLLOWING**
                                                   **REMAND**
12   ERIC HOLDER, JR., et al.,

13              Respondents.
                                             /
14

15        The Court has received and considered the parties' response to this Court's Order to

16   Show Cause.  The Court HEREBY AMENDS its January 5, 2012 Order as follows:

17        The Court HEREBY GRANTS Singh's petition, in light of the Ninth Circuit's ruling.  A

18   separate judgment shall be issued.

19        **IT IS SO ORDERED.**

20
     Dated: February 29, 2012                      _____
21                                                 JEFFREY S. WHITE
                                                   UNITED STATES DISTRICT JUDGE
22
23
24
25
26
27
28

**United States District Court**
For the Northern District of California