CARTER C. WHITE, CSB # 164149
U.C. DAVIS CIVIL RIGHTS CLINIC
University of California, Davis School of Law
One Shields Ave., TB-30
Davis, CA  95616-8821
Tel:  (530)752-5440
Fax:  (530)752-0822
E-mail:  ccwhite@ucdavis.edu

Attorney for Petitioner, VIJENDRA SINGH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| VIJENDRA SINGH, | Case No. C 09-3012 JSW |
| Petitioner, | |
| | **[PROPOSED] ORDER DISMISSING AS MOOT PETITIONER'S MOTION FOR ATTORNEY'S FEES** |
| v. | |
| ERIC H. HOLDER, JR., et al., | |
| Respondents. | |

In light of the Ninth Circuit's order on Petitioner's related motion, Petitioner has withdrawn his motion for attorney's fees in this Court (ECF No. 43).  Therefore, this Court hereby ORDERS that Petitioner's motion for attorney's fees is hereby DISMISSED AS MOOT.

Entered this 4th  day of September, 2012

_____
JEFFREY S. WHITE
United States District Judge

Order Dismissing as Moot Petitioner's Motion for Attorney's Fees, No. C 09-3012 JSW